## Cleveland YOUNG v. STATE.
### No. 17245.

Court of Criminal Appeals of Texas.

Oct. 31, 1934.

Coleman Cline, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment assessed at five years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

## AMERICAN NATIONAL INSURANCE COMPANY, Appellant, v. Refugio MATA, Appellee.
### No. 9451.

Court of Civil Appeals of Texas. San Antonio.

Nov. 14, 1934.

Carter & Carter, of San Antonio, for appellant.

Hirshberg, Mueller, Powell & Green and Arthur W. Mueller, all of San Antonio, for appellee.

MURRAY, Justice.

The judgment of the lower court will be affirmed. This being a case of which we have final jurisdiction, no written opinion will be delivered. See our opinion in Associated Indemnity Corporation v. J. M. Gatling, 75 S.W.(2d) 294, delivered October 17, 1934.

## Mrs. Edith S. CHANDLER, Appellant, v. SOUTH TEXAS BANK & TRUST COMPANY et al., Appellees.
### No. 9452.

Court of Civil Appeals of Texas. San Antonio.

Nov. 8, 1934.

Victor Keller and T. W. Anderson, both of San Antonio, for appellant.

Templeton, Brooks, Napier & Brown, Hicks, Dickson, Bobbitt & Lange, and Fagan Dickson, all of San Antonio, for appellees.

SMITH, Justice.

This is a companion case to the cases of Hill v. South Texas Bank & Trust Co. et al., 73 S.W.(2d) 1043, and Koehler v. South Texas Bank & Trust Company, 75 S.W.(2d) 1118, decided by this court on October 31, 1934.

The facts in the three cases are the same, the questions of law raised in the appeals are identical, and therefore, for the reasons stated in the two cited cases, the judgment in this cause will be affirmed.

BICKETT, C. J., did not participate in the decision of this case.